PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| TYLER JAMES McILVAIN, | ) | |
| | ) | CASE NO. 5:25-CV-505 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | [Regarding ECF No. 9] |

On January 30, 2026, the assigned magistrate judge issued a Report and Recommendation (ECF No. 9) recommending that the Court affirm the Commissioner's final decision denying Plaintiff's Disability Insurance Benefits and Supplemental Security Income.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Fed. R. Civ. P. 72(b)(2) provides that objections to a report and recommendation must be filed within 14 days after service.

In the instant case, objections to the Report and Recommendation were due by February 13, 2026. Neither party has timely filed objections, nor requested an extension of time to do so. Any further review by the Court would be a duplicative and inefficient use of the Court's limited resources. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *Howard v. Secretary of Health and Human Services*, 932 F.2d 505 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

(5:25CV505)

Accordingly, the Court adopts the Report and Recommendation (ECF No. 9).

IT IS SO ORDERED.

| February 18, 2026 | /s/ Benita Y. Pearson |
|---|---|
| Date | Benita Y. Pearson |
| | United States District Judge |

2